# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APEX PHYSICAL THERAPY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY BALL, TODD LINEBARGER, and ADVANCED PHYSICAL THERAPY, LLC, <br><br> Defendants. | Case No. 3:17-cv-00119-JPG-MAB <br><br><br> Consolidated with: |
| ZACHARY BALL, TODD LINEBARGER, and ADVANCED PHYSICAL THERAPY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> APEX PHYSICAL THERAPY, LLC, <br><br> Defendant. | Case No. 3:17-cv-00746-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: February 12, 2019

                                                  **MARGARET M. ROBERTIE,**
                                                  Clerk of Court

                                                  **BY:**    **s/Tina Gray**
                                                                   **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**